

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE
SENTENCING REFORM ACT OF 1984

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM

    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **December 11, 1995**, as instrument number **539576**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

| | | | |
|---|---|---|---|
| Name of Defendant: | Teresa Sablan Blas | Residence: | Mongmong, Guam |
| SSN: | XXX-XX-5907 | | |
| DOB: | XX-XX-1960 | Mailing: | Agana, Guam 96910 |

Court Imposing Judgment:    U.S. District Court of Guam

Court Number:    CR 95-00091

Amount of Judgment:    $19,746.08

Place of filing:    Guam

WITNESS my hand at Hagåtña, Guam, on this, the _8th_ day of September, 2005.

MARIVIC P. DAVID
Assistant U.S. Attorney

ORIGINAL